Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| ROBERT W. JOHNSON, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER: 19-CV-514-EAW |
| v. | |
| THE BUFFALO POLICE DEPARTMENT, OFFICER POBLOCKI, THE STATE OF NEW YORK, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Clerk of Court shall administratively terminate this action.

Date: May 2, 2019                           MARY C. LOEWENGUTH
                                            CLERK OF COURT

                                            By: s/K.McMillan
                                                Deputy Clerk