Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| ROBERT W. JOHNSON | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 19-CV-514 |
| v. | |
| THE BUFFALO POLICE DEPARTMENT, et al., | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that Plaintiff's Motion for Leave to Proceed in Forma Pauperis is Granted; that the Plaintiff's Motion for a Hearing is Denied as Moot; that Plaintiff's claims are Dismissed and that the Court certifies that any appeal would not be taken in good faith and, therefore leave to appeal to the Court of Appeals as a poor person is denied.

| | |
|---|---|
| Date: January 14, 2020 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | |
| | By: s/Suzanne Grunzweig<br>        Deputy Clerk |